FILED 18 JUL '18 16:31 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:18-cr-_351-AA_ |
| v. | INDICTMENT |
| KEITH ATHERTON, | 18 U.S.C. § 2251(a), (e) |
| | 18 U.S.C. § 2252A(a)(2), (b)(1) |
| Defendant. | 18 U.S.C. § 2252A(a)(5), (b)(2) |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Using or Attempting to Use a Minor to Produce Visual
Depiction of Sexually Explicit Conduct)
(18 U.S.C. § 2251(a), (e))

On or before July 13, 2018, in the District of Oregon and elsewhere, defendant **KEITH ATHERTON**, attempted to and did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reasonable cause to know that the visual depiction was produced using materials that had been mailed, shipped or transported in or affecting interstate commerce and that the visual depiction would be transported using any means or facility of interstate commerce, including by computer;

**Indictment**  **Page 1**
Revised April 2018

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2
### (Distribution of Child Pornography)
### (18 U.S.C. § 2252A(a)(2), (b)(1))

On or before July 13, 2018, in the District of Oregon, defendant **KEITH ATHERTON**, knowingly and unlawfully distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, such image having been mailed, shipped, distributed, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT 3
### (Possession of Child Pornography)
### (18 U.S.C. § 2252A(a)(5), (b)(2))

On or before July 13, 2018, in the District of Oregon, defendant **KEITH ATHERTON**, knowingly and unlawfully possessed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, such image having been produced using materials that have been mailed or shipped in interstate commerce or such image having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5) and (b)(2).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of any of the offenses listed above, defendant **KEITH ATHERTON**, shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any and all property used or

intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

Dated: July 18, 2018

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

AMY E. POTTER
JEFFREY S. SWEET
Assistant United States Attorneys